UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EMMANUEL OKWUOSA, CHISOROM OKWUOUSA, | No. 2:09-cv-01383-MCE-EFB |
| Plaintiffs, | |
| v. | MEMORANDUM AND ORDER |
| CITY OF ELK GROVE, et al., | |
| Defendants. | |

    Presently before the Court is Plaintiffs' Motion for Preliminary Injunction through which Plaintiffs seek to enjoin: 1) enforcement of various Stop Work orders issued by the City of Elk Grove; and 2) various allegedly discriminatory practices. For the following reasons, Plaintiffs' Application is denied.[1]

///

///

---

    [1]   Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. Local Rule 78-230(h).

1

**STANDARD**

2

3    A preliminary injunction is an extraordinary remedy, and

4  Plaintiffs have the burden of proving the propriety of such a

5  remedy by clear and convincing evidence.  See Granny Goose Foods,

6  Inc. v. Brotherhood of Teamsters & Auto Truck Drivers, 415 U.S.

7  423, 442 (1974).  In order to warrant issuance of such relief,

8  Plaintiffs must demonstrate either: 1) a combination of probable

9  success on the merits and a likelihood of irreparable injury; or

10  2) that serious questions are raised and the balance of hardships

11  tips sharply in favor of granting the requested injunction.

12  Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc., 240

13  F.3d 832, 839-40 (9th Cir. 2001); Winter v. Natural Resources

14  Defense Council, 129 S. Ct. 365, 375 (2008) (likelihood rather

15  than possibility of success on the merits required for issuance

16  of preliminary injunctive relief).  These two alternatives

17  represent two points on a sliding scale, pursuant to which the

18  required degree of irreparable harm increases or decreases in

19  inverse correlation to the probability of success on the merits.

20  Roe v. Anderson, 134 F.3d 1400, 1402 (9th Cir. 1998); United

21  States v. Nutri-cology, Inc., 982 F.2d 394, 396 (9th Cir. 1992).

22  Under either formulation of the test for granting injunctive

23  relief, however, Plaintiffs must demonstrate a significant threat

24  of irreparable injury.  Oakland Tribune, Inc. v. Chronicle Publ.

25  Co., 762 F.2d 1374 (9th Cir. 1985).

26  ///

27  ///

28  ///

1

**ANALYSIS**

2

3       Plaintiffs' Motion for Preliminary Injunction fails because,

4   assuming, *arguendo*, that they had shown some irreparable harm

5   likely to befall them absent injunctive relief, they have wholly

6   failed to demonstrate any likelihood of success on the merits of

7   their instant claims.

8       First, it appears that Plaintiffs have not exhausted their

9   administrative remedies.  <u>See</u> Complaint, Exhs. 1-3.  Accordingly,

10  it is premature for them to seek the requested relief in this

11  Court.

12      Additionally, Plaintiffs have alleged no facts indicating

13  that their federal discrimination claims are even remotely likely

14  to succeed.  Plaintiffs have simply alleged that they are

15  African-American, and a neighbor, with whom they apparently have

16  a less than amicable relationship, is Caucasian.  Such

17  allegations simply do not rise to the level necessary to

18  establish governmental discrimination or to convince this Court,

19  especially at such a premature stage in litigation, that it would

20  be proper to enter an Order directing a municipality to act or to

21  refrain from acting in any way.

22      Finally, it is highly unlikely that, pursuant to 28 U.S.C. §

23  1367(c), this Court would continue to exercise jurisdiction over

24  Plaintiffs' state law claims in the absence of viable claims

25  arising under federal law.

26  ///

27  ///

28  ///

1

**CONCLUSION**

2

3       Consequently, Plaintiffs' Motion for Preliminary Injunction

4  is DENIED.

5       IT IS SO ORDERED.

6
   Dated: June 11, 2009
7

8                                   _____

9                                   MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4